### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | |
|---|---|
| ERIN EILER, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>City of Pana, )<br>)<br>Defendant. ) | Case No. 14-CV-3063 |

### ORDER

A Report and Recommendation (#17) was filed by Magistrate Judge David G. Bernthal in the above cause on July 3, 2014. On July 30, 2014, Plaintiff, Erin Eiler, filed a Motion for Extension of Time to File an Objection to the Report and Recommendation (#18). On that same date, Plaintiff filed an Objection to the Report and Recommendation (#19). Initially, this court GRANTS Plaintiff's Motion for Extension of Time (#18). However, following this court's careful de novo review of the Magistrate Judge's reasoning and Plaintiff's Objection, this court agrees with and accepts the Magistrate Judge's Report and Recommendation (#17). This court agrees that Plaintiff's Motion to Join Additional Parties (#12) should be DENIED.

IT IS THEREFORE ORDERED THAT:

(1) Plaintiff's Motion for Extension of Time to File an Objection (#18) is GRANTED.

(2) The Report and Recommendation (#17) is accepted by this court.

(2) Plaintiff's Motion to Join Additional Parties (#12) is DENIED.

ENTERED this 5th day of August, 2014.

    s/Colin S. Bruce
COLIN S. BRUCE
U.S. DISTRICT JUDGE